UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 26, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENIS GUTSU,

    Defendant.

Case No. 2:23-cr-00272-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DENIS GUTSU ,

Case No.  2:23-cr-00272-KJM , Charge 18 U.S.C. § 1956, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

**x** (Other): Terms as stated in court and release forthwith today, 10/26/2023, Defendant must report directly to the Pretrial Services office on 10/27/2023 at 9:00 AM, in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Dated:  October 26, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE