PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DENIS GUTSU and MAXIM GUTSU,<br><br>　　　　　　　　Defendants. | CASE NO. 2:23-CR-0272 DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 5, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for status on March 5, 2024.

2. By this stipulation, defendants now move to continue the status conference until April 29, 2024, and to exclude time between March 5, 2024, and April 29, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has represented that the discovery associated with this case includes more than 23,000 pages of credit card records, receipts, and text messages along with surveillance images and images seized from digital devices. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

　　b)　Counsel for defendants desire additional time to consult with their clients, to revie the current charges, the conduct investigation and research related to the charges, to review discovery for this matter, and to otherwise prepare for trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 5, 2024 to April 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 22, 2024                             PHILLIP A. TALBERT
                                                          United States Attorney

                                                          /s/ NICHOLAS M. FOGG
                                                          NICHOLAS M. FOGG
                                                          Assistant United States Attorney

Dated:  February 22, 2024                             /s/ SHAUN KHOJAYAN
                                                          SHAUN KHOJAYAN
                                                          Counsel for Defendant
                                                          DENIS GUTSU

Dated:  February 22, 2024                             /s/ TIMOTHY ZINDEL
                                                          TIMOTHY ZINDEL
                                                          Counsel for Defendant
                                                          MAXIM GUTSU

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for March 5, 2024 is continued to April 29, 2024, at 9:30 a.m. and time is excluded between March 5, 2024, and April 29, 2024, under Local Code T4.

IT IS SO ORDERED.

Dated: **February 22, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE