TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
MAXIM GUTSU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>           vs.<br><br>DENIS GUTSU & MAXIM GUTSU,<br><br>    Defendants. | Case No. 2:23-CR-0272-DAD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Judge:  Hon. Dale A. Drozd<br>Date:   April 29, 2024<br>Time:   9:30 a.m. |

    Plaintiff, United States of America, and defendants, Denis Gutsu and Maxim Gutsu, through their respective attorneys, hereby stipulate that the status conferences scheduled for April 29, 2024 (as to defendant Maxim Gutsu) and July 16, 2024 (as to defendant Denis Gutsu) may be vacated and a new status conference scheduled for both defendants on **August 20, 2024**, at 9:30 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded for the reasons stated below.

    Counsel for Denis Gutsu and the United States inadvertently overlooked counsel for Maxim Gutsu in agreeing to a July 16 status conference date solely for Denis Gutsu.  Doc. 43. Counsel for Maxim Gutsu is out of the county during the month of July 2024.  However, all

-1-

counsel are available for a status conference on August 20, 2024, and have agreed to that date for a status as to both defendants.

As for the exclusion of time, discovery in this case is exceptionally voluminous (see doc. 43 at paragraph 3, noting discovery is measured in gigabytes).  It consists of telephone downloads, surveillance images, and investigations of other persons.  The charged events date back to 2017.  Both defense counsel therefore seek additional time to review the voluminous discovery and to consult with their clients about the case, believing that the failure to request a continuance would deny each defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties therefore agree, and request, that the Court should exclude time under the Speedy Trial Act from the date of this order through August 20, 2024, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The parties agree that this period of time results from a continuance granted at the request of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully Submitted,

Dated:  April 23, 2024          */s/ Tim Zindel*
                                TIMOTHY ZINDEL
                                Attorney for Maxim Gutsu

Dated:  April 23, 2024          */s/ T. Zindel for S. Khojayan*
                                SHAUN KHOJAYAN
                                Attorney for Denis Gutsu

                                PHILIP A. TALBERT
                                United States Attorney

Dated:  January 26, 2024        */s/ T. Zindel for N. Fogg*
                                NICHOLAS FOGG
                                Assistant U.S. Attorney

**O R D E R**

The status conferences scheduled for April 29, 2024, and July 16, 2024, are hereby continued to August 20, 2024, at 9:30 a.m. Time is excluded through that date for the reasons and on the basis set forth above.

IT IS SO ORDERED.

Dated: **April 24, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE