SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.
515 South Flower Street, 19th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Denis Gutsu #1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUTSU et al.,<br><br>Defendant. | Case No.:  23-CR-00272-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: October 29, 2024 at 9:30 a.m.<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
|---|---|

**STIPULATION**

1.  By previous order, this matter was set for status on August 20, 2024.

2.  By this stipulation, defendants Denis Gutsu and Maxim Gutsu now move to continue the status conference from August 20, 2024 at 9:30 a.m. to until October 29, 2024 at 9:30 a.m., under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has provided gigabytes of discovery consisting of credit card records, receipts, and text messages along with surveillance images and images seized from digital devices.  The government has produced this discovery either directly to counsel and/or made available for

1.

inspection and copying.

b) Counsel for defendants desire additional time to consult with their respective clients, to review the current charges, the conduct investigation and research related to the charges, to review discovery for this matter, and prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny their clients the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 20, 2024 to October 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. The government, represented by Assistant United States Attorney Nicholas M. Fogg, does not object to the requested continuance.

2.

U.S. v Denis Gutsu, Case #23-CR-00272-DAD-1    Stipulation to cont. Status conference

IT IS SO STIPULATED.

I consent to the above stipulation.

| | |
|---|---|
| Dated:  August 1, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ NICHOLAS M. FOGG<br>NICHOLAS M. FOGG<br>Assistant United States Attorney |
| Dated:  August 1, 2024 | /s/ SHAUN KHOJAYAN<br>Counsel for Defendant<br>DENIS GUTSU |
| Dated: August 1, 2024 | /s/  TIM ZINDEL<br>Counsel for Defendant<br>MAXIM GUTSU |

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for August 20, 2024 is hereby continued to October 29, 2024 at 9:30 a.m. and time is excluded through October 29, 2024, under Local Code T4.  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **August 1, 2024**                                  _Dale A. Drozd_
                                                              DALE A. DROZD
                                                              UNITED STATES DISTRICT JUDGE

3.