LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
DENIS GUTSU

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DENIS GUTSU,<br><br>　　　　Defendant. | CASE NO. 2:23-cr-0272 DC<br><br>**[PROPOSED] ORDER ALLOWING TRAVEL AND TEMPORARY RETURN OF PASSPORT**<br><br>Date:　January 31, 2025<br>Time:　2:00 p.m.<br>Court:　Hon. Allison Claire |

**ORDER**

FOLLOWING HEARING ON THE MATTER, it is hereby ORDERED that:

1. Defendant Denis Gutsu's request for temporary modification of his pre-trial release travel restriction (Special Condition of Release 5) and passport surrender condition (Special Condition of Release 6) are granted.

2. Denis Gutsu is permitted to travel to San Salvador, El Salvador, from February 19, 2025, to February 24, 2025.

3. Denis Gutsu shall provide his flight itinerary and any hotel/lodging information to Pretrial Services at least one (1) week prior to his departure.

4. Denis Gutsu shall contact his pretrial services officer following his arrival in El Salvador at least once by telephone, leaving a voicemail message if the pretrial services officer is unavailable to answer the phone at the time of the call. The voicemail shall include any relevant contact information necessary for Pretrial Services to reach Denis Gutsu while he is in El Salvador.

5. To allow the permitted travel to El Salvador, Denis Gutsu's passport shall be returned to him on February 18, 2025.

6. Denis Gutsu shall report to Pretrial Services on the first business day following his return from El Salvador. Denis Gutsu shall surrender his passport at the time he reports to Pretrial Services.

7. All other special and general conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: February 3, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE