ERIC GRANT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-0272 DC |
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| DENIS GUTSU and MAXIM GUTSU, | DATE: September 12, 2025 |
| Defendants. | TIME: 9:30 a.m. |
| | COURT: Hon. Dena Coggins |

**STIPULATION**

1.      By previous order, this matter was set for status on September 12, 2025.

2.      By this stipulation, defendants now move to adopt the following trial schedule and exclude time, under Local Code T4, until June 15, 2026:

        a)      Jury trial: June 15, 2026 at 9:30 a.m.

        b)      Trial confirmation hearing: May 15, 2026 at 9:30 a.m.

        c)      Rule 12 motions hearing:  April 10, 2026 at 9:30 a.m.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes more than 23,000 pages of credit card records, receipts, and text messages along with surveillance images and images seized from digital devices.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, and to otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 12, 2025 to June 15, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  September 11, 2025                          ERIC GRANT
                                                   United States Attorney


                                                   /s/ NICHOLAS M. FOGG
                                                   NICHOLAS M. FOGG
                                                   Assistant United States Attorney


Dated:  September 11, 2025                          /s/ TODD LERAS
                                                   TODD LERAS
                                                   Counsel for Defendant
                                                   DENIS GUTSU

1

2    Dated:  September 11, 2025                  /s/ TIMOTHY ZINDEL

3                                              TIMOTHY ZINDEL
Counsel for Defendant
MAXIM GUTSU

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The court, having received, read and considered the parties' amended stipulation and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference (Trial Setting Hearing) set for September 12, 2025, is VACATED, and the following case schedule is SET: Rule 12 Motions shall be filed no later than March 6, 2026, and noticed for hearing on April 10, 2026 at 9:30 a.m.; a Trial Confirmation Hearing is set for May 15, 2026 at 9:30 a.m., and a Jury Trial is set for June 15, 2026 at 9:00 a.m. All hearings will be held in Courtroom 10 before the Honorable Dena M. Coggins. The time period between September 12, 2025, and June 15, 2026, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: __**September 11, 2025**__     _____

Dena Coggins
United States District Judge