LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
DENIS GUTSU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DENIS GUTSU,<br>Defendant. | Case No.: 2:23-cr-0272 DC<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>Date: August 28, 2026<br>Time: 9:30 a.m.<br>Court: Hon. Dena Coggins |

**ORDER**

Pursuant to Local Rule 141(b), Defendant's Request to Seal and the Declaration of Attorney Todd D. Leras (including its attached Exhibit) shall be sealed until further order of this Court.

IT IS SO ORDERED.

8/25/26, 2026

HON. DENA COGGINS
UNITED STATES DISTRICT JUDGE